THE STATE *v.* VAUGHN.

WYATT, Justice. Under the rules announced in the cases of *State* v. *B'Gos*, 175 *Ga.* 627 (165 S. E. 566), and *State* v. *Taylor*, 175 *Ga.* 642 (165 S. E. 733), this court is without jurisdiction to entertain, at the instance of the State, a petition for certiorari to the Court of Appeals in a criminal case.

*Writ of certiorari dismissed. All the Justices concur.*

No. 17411. FEBRUARY 15, 1951.

*Eugene Cook*, Attorney-General, *Paul Webb*, Solicitor-General, *Durwood Pye* and *William Hall*, for plaintiff.

*Wesley R. Asinof, Samuel Green Jr.*, and *J. O. Ewing*, for defendant.